14341. ALLEN *v.* THE STATE.

BROYLES, C. J.  While the preponderance of the evidence was in the defendant's favor, it cannot be held that his conviction was unauthorized by any evidence; and, the finding of the jury having been approved by

the trial judge, this court is without authority to interfere with it.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 16, 1923.

Accusation of possessing liquor; from city court of Dublin — Judge Sturgis. January 27, 1923.

*T. P. Stephens,* for plaintiff in error.

*William Brunson, solicitor,* contra.